IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| STRAGENT, LLC, § § Plaintiff, § § v. § § MICROSOFT CORPORATION AND § FORD MOTOR COMPANY, § § Defendants. § § | Civ. Action No. 2:08-CV-341 <br><br> **JURY TRIAL DEMANDED** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS STIPULATED, by and among Plaintiff, Stragent, LLC and Defendant, Microsoft Corporation (referred to collectively as the "Parties"), through their counsel of record and subject to the approval of the Court that:

(1) All claims presented by the Complaint, as well as all amendments thereto, shall be dismissed with prejudice as to each of the Parties;

(2) All claims presented by the Complaint, as well as all amendments thereto, against Ford Motor Company shall be dismissed with prejudice; and

(3) The Parties shall bear their own costs and attorneys' fees.

_____
Eric M. Albritton
Texas State Bar No. 00790215
Craig Tadlock
Texas State Bar No. 00791766
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
(903) 757-8449 (phone)
(903) 758-7397 (fax)
ema@emafirm.com
cct@emafirm.com

/s/ Jennifer Parker Ainsworth by permission
Jennifer Parker Ainsworth
Texas State Bar No. 00784720
jainsworth@wilsonlawfirm.com
WILSON, ROBERTSON & CORNELIUS, P.C.
One American Center
909 ESE Loop 323, Suite 400
Tyler, Texas 75701
Telephone: (903) 509-5000
Facsimile: (903) 509-5092

*Counsel for Microsoft Corporation*

Thomas John Ward, Jr.
Texas Bar No. 00794818
WARD & SMITH LAW FIRM
P O Box 1231
Longview, TX 75606-1231
Telephone: (903) 757-6400
Facsimile: (903) 757-2323
jw@jwfirm.com

Danny L. Williams
Texas Bar No. 21518050
Chris Cravey
Texas Bar No. 24034398
Matthew R. Rodgers
Texas Bar No. 24041804
WILLIAMS, MORGAN & AMERSON, P.C.
10333 Richmond, Suite 1100
Houston, Texas 77042
Telephone: (713)934-4060
Facsimile: (713) 934-7011
danny@wmalaw.com
ccravey@wmalaw.com
mrodgers@wmalaw.com

*Counsel forStragent, LLC*