IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| STRAGENT, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | Civ. Action No. 2:08-CV-341 |
| MICROSOFT CORPORATION AND | § | |
| FORD MOTOR COMPANY, | § | |
| | § | |
| Defendants. | § | **JURY TRIAL DEMANDED** |
| | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the stipulation by and among Plaintiff, Stragent, LLC and Defendant, Microsoft Corporation (referred to collectively as the "Parties"), it is hereby ordered that:

(1)     All claims presented by the Complaint, as well as all amendments thereto, shall be dismissed with prejudice as to each of the Parties;

(2)     All claims presented by the Complaint, as well as all amendments thereto, against Ford Motor Company shall be dismissed with prejudice; and

(3)     The Parties shall bear their own costs and attorneys' fees.

**SIGNED this 2nd day of October, 2008.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE